# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00342-CR

---

**Charles Lee Tillman, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
NO. 2021R-220, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due July 10, 2024. After this Court granted counsel two motions requesting an extension of time to file his brief, appellant's brief was due December 2, 2024. In granting the most recent extension, this Court advised counsel that no further extensions would be granted and that a failure to file a brief by the deadline would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. The deadline has passed, and no brief has been filed.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal.

Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than January 3, 2025. *See id.* R. 38.8(b)(3).

It is so ordered on December 4, 2024.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated and Remanded

Filed: December 4, 2024

Do Not Publish